United States District Court

Eastern District of Wisconsin

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2025 OCT -2 A 11: 06

CLERK OF COURT

In Re:

Candie Yer Herr

Eric Zooves Herr

Petitioners (s)

v.

Judge Rachel M. Blise, in her individual capacity as United States Bankruptcy Judge

Trustee Helen Ludwig, in her official capacity as Chapter 7 Trustee

Defendant(s)

Bankrupccy Case No: 25-22893

---

Case No._____

## Non Statutory Petition in Equity

Petition for Specific Performance of Assignee for Failure to Perform

and other Equitable Relief

**Introduction**

Petitioners, Candie Yer Herr and Eric Zooves Herr, in the pending bankruptcy case, In re Herr, Case No. 25-22893-rmb, respectfully petition this Court for a Non Statutory petition in Equity for Specific Performance of Assignee for failure to perform; enlarge the equity jurisdiction of the bankruptcy judge and other Equitable Relief as deemed just and right according to maxims of equity. Petitioners have assigned to the Trustee the

instrument of payment for debts to the United States and its creditors; but Trustee continues to deny her duty to perform stating she does not know what the Trust instruments are and cannot liquidate them to pay the debt.

Petitioners also filed an Adversarial Proceeding in Judge Rachel Blise Bankruptcy court to compel Trustee to perform her fiduciary duties using the trust instrument conveyed and to enforce automatic 'stay' with creditors Scott Halloin, Esq and Judge David Borowsk. At the AP hearing on September 10, 2025, Judge Rachel Blise stated multiple times that, "she is bound by the laws of bankruptcy and cannot invoke equity in her court." Petitioners understand that equity principles are concurrent in Bankruptcy court and can be used to provide equitable relief, "Loose Judge Rachel Blise" as necessary to accomplish the purposes of debt discharge, making a way for petitioners/debtors to 'start fresh.'

### Jurisdiction: Article III, Section 2, Clause 1

United States Constitution in Law and Equity, Original Jurisdiction

The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority.

### Statement of Claim

After 3 ½ years of state litigation and multiplicity of suits with no remedy nor relief for petitioners, Candie Yer Herr and Eric Zooves Herr (Petitioners) were forced to voluntarily file Chapter 7 Bankruptcy on May 20th, 2025 to seek a mechanism to make payment of

debts to the United States and its creditors for complete discharge of all debts and cases so as to get a "fresh start' on their lives and ministry works.

On June 13th, 2025, petitioners filed a motion with the BK court to provide mechanism for petitioners to make payment to the United States. (Exhibit A)

On July 17th, 2025, petitioner as cestui delivered and assigned unto Trustee Helen Ludwig, documents pertaining to a trust, and all rights under the contract, and collateral pertaining thereto, accompanied with adequate consideration of full faith and credit incontestable guarantee, which was accepted and not returned to sender by the assignee, which constitutes a promise to perform. (Exhibit B)

Petitioners provided trusts to be recognized, enforced, protected and performed alongside the appointment which was never returned and never performed. Petitioners acted in good faith unto the promisor, by their oath.

Petitioners comes to this court of equity for specific performance and shows the court that there is equity and good conscience in support of this petition and shows that the petitioner provided adequate notice and consideration and has assigned all the right to the contract and delegated the duty to perform unto the assignee and is in want of performance from the promissor.

**Irreparable harm** has occurred because of their failure to perform, and the harm is as follows:

1. Petitioners had no speedy adequate remedy at law for breach of contract and is entitled to performance in specie from the defendant who has disregarded the assignment in its entirety. Delay defeats Equities.

2. Petitioners are entitled to the relief requested and the defendant is duty bound to perform said assignment/ contract. The court's refusal to enforce a contract that it cannot discern the substance is not acceptable because "equity looks to the intent." Petitioners, acting in good faith, made it clear that their intent is to seek a just and true mechanism to pay the debt owed to the United States and its Creditors, using the constituted Trust instruments. There is no intent to injure others or defraud anyone.

3. Petitioners have suffered much harm in multiplicities of litigation in the state courts and have had no just remedy nor relief. "Equity will not suffer a wrong to be without a remedy."

## Relief Requested

That this court of equity compel the defendants to perform as agreed upon their oaths to perform their duties of their office with fidelity as sworn under the constitution of the United States and the respective constitution of their state to which they are sworn to uphold and to correct the abuse of discretion and breach of agreement in trust.

"It is joy to the just to do judgment: but destruction shall be to the workers of iniquity." Proverbs 21:15 KJV

Executed on October 2, 2025.

_____

Candie Yer Herr

c/o 8020 W. Whitaker Ave.

Greenfield, Wisconsin 53220

_____

Eric Zooves Herr

c/o 8020 W. Whitaker Ave.

Greenfield, Wisconsin 53220